**Opinion issued October 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00517-CV**
_____

**JOSE LUIS MENESES AND MARGARITA MENESES, Appellants**

**V.**

**AMERICAN POINTE REALITY, LTD., AMERICAN POINTE REALITY MANAGEMENT, LLC, LA MANCHA, LTD., AND THURMAN INVESTMENT PROPERTIES, INC., Appellees**

---

**On Appeal from the County Court at Law No. 2**
**Waller County, Texas**
**Trial Court Case No. CV23-04-0744-A**

---

## MEMORANDUM OPINION

Appellants, Jose Luis Meneses and Margarita Meneses, have filed a "Motion to Dismiss Appeal," asserting that "the parties have reached an agreement to settle

and compromise their differences in this suit" and requesting that the Court "render judgment effectuating the parties' agreement."

No other party has filed a notice of appeal, and no opinion has issued.[1] *See* TEX. R. APP. P. 42.1(a)(2)(A), (c). Further, although appellants' motion does not include a certificate of conference stating that appellants conferred or made a reasonable attempt to confer with appellees, American Pointe Reality, Ltd., American Pointe Reality Management, LLC, La Mancha, Ltd., and Thurman Investment Properties, Inc., regarding the relief requested in the motion, more than ten days have passed, and appellees have not expressed opposition to appellants' motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

[1] We note that a related case, *Lajita Homes, LLC v. La Mancha, Ltd., Thurman Investment Properties, Inc., American Pointe Realty, Ltd., and American Pointe Realty Management, LLC*, remains pending in appellate cause number 01-24-00421-CV.